# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JUAN F. SALAZAR                    §      Case No. 09-74928
       LAURIE I. TRAVA-SALAZAR            §
                                          §
                                          §
          Debtors                         §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/05/2009.

2) The plan was confirmed on 03/19/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/11/2012, 04/26/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/13/2010, 07/06/2011, 03/07/2013.

5) The case was completed on 08/27/2013.

6) Number of months from filing or conversion to last payment: 45.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,200.00.

10) Amount of unsecured claims discharged without full payment: $141,141.94.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 22,780.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 22,780.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,290.46 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,790.46 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| JAMES B NUTTER & COMPANY | Sec | 25,000.00 | 22,972.31 | 0.00 | 13,288.40 | 0.00 |
| MARK D. ROTH | Sec | 2,015.00 | 1,594.20 | 1,594.20 | 1,594.20 | 292.48 |
| MARK D. ROTH | Uns | 0.00 | 3,558.34 | 3,558.34 | 34.22 | 0.00 |
| WESTLAKE VILLAGE MASTER | Sec | 1,059.00 | 2,311.10 | 2,311.00 | 2,311.00 | 0.00 |
| WESTLAKE VILLAGE MASTER | Uns | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 1,222.00 | 3,340.01 | 3,340.01 | 32.12 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 87.00 | NA | NA | 0.00 | 0.00 |
| ACAR PREMIUM FINANCE | Uns | 271.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 1,262.25 | NA | NA | 0.00 | 0.00 |
| ACE AMERICA'S CASH EXPR | Uns | 673.86 | 188.60 | 188.60 | 1.81 | 0.00 |
| AMERICAN DEBT COLLECTION | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN RECOVERY SYSTEMS | Uns | 4,396.81 | NA | NA | 0.00 | 0.00 |
| ANN AGUSTSSON-MATHERS DO | Uns | 254.40 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 100.00 | 155.72 | 155.72 | 1.50 | 0.00 |
| ASF INTERNATIONAL | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| ATS MEDICAL SERVICES | Uns | 642.00 | NA | NA | 0.00 | 0.00 |
| AURORA FUNDING SOLUTIONS | Uns | 15,695.02 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRW FINANCIAL | Uns | 396.78 | NA | NA | 0.00 | 0.00 |
| C.B. ACCOUNTS INC | Uns | 1,074.40 | 339.65 | 339.65 | 3.27 | 0.00 |
| ECAST SETTLEMENT | Uns | 600.00 | 850.55 | 850.55 | 8.18 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Uns | 159.20 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 103.09 | 202.95 | 202.95 | 1.95 | 0.00 |
| COLLECTION SYSTEMS OF | Uns | 498.11 | 498.11 | 498.11 | 4.79 | 0.00 |
| COMED | Uns | 4,359.45 | 2,599.82 | 0.00 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 353.91 | NA | NA | 0.00 | 0.00 |
| CREDITORS INTERCHANGE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 6,769.00 | NA | NA | 0.00 | 0.00 |
| CT CORPORATION SYSTEMS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK CUSTOMER | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 850.55 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 1,702.24 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 208.00 | 208.00 | 208.00 | 2.00 | 0.00 |
| GRANT PARK AUTO SALES | Uns | 12,000.00 | NA | NA | 0.00 | 0.00 |
| HALL & ASSOCIATES | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK MASTERCARD | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Uns | 627.47 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Uns | 1,663.47 | NA | NA | 0.00 | 0.00 |
| INTEGRO FAMILY HEALTH | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 1,202.74 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MITCHELL N. KAY | Uns | 408.18 | NA | NA | 0.00 | 0.00 |
| LUNDHOLM SURGICAL GROUP | Uns | 1,800.00 | 2,641.48 | 2,641.48 | 25.40 | 0.00 |
| IC SYSTEM INC o/b/o METRO | Uns | 554.50 | 492.07 | 492.07 | 4.73 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 2,022.30 | NA | NA | 0.00 | 0.00 |
| MIDWEST VERIZON WIRELESS | Uns | 1,309.42 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE CORP | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| MIRAND RESPONSE SYSTEM | Uns | 924.50 | NA | NA | 0.00 | 0.00 |
| MONROE CLINIC | Uns | 803.15 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 8,207.98 | 7,990.73 | 7,990.73 | 76.84 | 0.00 |
| NATIONAL CREDIT SOLUTIONS | Uns | 197.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL EDUCATIONAL MUSIC | Uns | 300.00 | 296.92 | 296.92 | 2.86 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SERVICES | Uns | 603.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 157.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 3,557.84 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS SCANNING | Uns | 152.20 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC | Uns | 364.30 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC REHAB SPECIALISTS | Uns | 622.74 | NA | NA | 0.00 | 0.00 |
| OSF HOME INFUSION | Uns | 20.05 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 355.75 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 2,727.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Uns | 51.41 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 927.69 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 3.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 50.00 | 249.00 | 249.00 | 2.39 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 12,021.34 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 11,008.45 | 10,609.47 | 10,609.47 | 102.02 | 0.00 |
| ROCKFORD SURGICAL SERVICE SC | Uns | 302.64 | NA | NA | 0.00 | 0.00 |
| SELF | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| SIPSMA & HAHN | Uns | 133.87 | NA | NA | 0.00 | 0.00 |
| SONIC PAYDAY LTD | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| STATE BANK OF DAVIS | Uns | 1,205.42 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 3,129.91 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 93.00 | 93.00 | 93.00 | 0.89 | 0.00 |
| US BANK NA | Uns | 1,627.02 | 531.09 | 531.09 | 5.11 | 0.00 |
| UNITED RECOVERY SYSTEMS | Uns | 690.25 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 100.00 | 141.98 | 141.98 | 1.36 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 300.00 | 1,309.42 | 1,309.42 | 12.59 | 0.00 |
| WESTLAKE UTILITIES | Uns | 162.89 | NA | NA | 0.00 | 0.00 |
| WESTLAKE VILLAGE MASTER | Uns | 2,431.10 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY CIRCUIT | Uns | 14,825.00 | 14,825.00 | 14,825.00 | 142.55 | 0.00 |
| ZENITH ACQUISITION CORP | Uns | 616.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJUSTMENTS | Uns | 0.00 | 105.70 | 105.70 | 1.01 | 0.00 |
| EAST BAY FUNDING | Uns | 0.00 | 603.48 | 603.48 | 5.81 | 0.00 |
| US BANK NA | Uns | 0.00 | 264.01 | 264.01 | 2.54 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 446.20 | 446.20 | 4.29 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Uns | 0.00 | 2,286.11 | 2,286.11 | 21.98 | 0.00 |
| VERIZON | Uns | 0.00 | 131.72 | 131.72 | 1.25 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 13,288.40 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 3,905.20 | $ 3,905.20 | $ 292.48 |
| **TOTAL SECURED:** | $ 3,905.20 | $ 17,193.60 | $ 292.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 52,359.41 | $ 503.46 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,790.46 |
| Disbursements to Creditors | $ 17,989.54 |
| **TOTAL DISBURSEMENTS:** | $ 22,780.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/12/2014     By: /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)